AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>KODY SEVERIN<br><br>*Defendant(s)* | ) ) ) ) Case No.<br>)         22-158 MAG<br>) )<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 12 and 13, 2022  in the parish of  Orleans  in the
Eastern  District of  Louisiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm. |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of Drug Trafficking. |
| 18 U.S.C. § 922(o) | Possession of an Unregistered Machine Gun. |
| 21 U.S.C. § 841 | Possession With the Intent to Distribute Marijuana. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

                                                         /s/ Vincent Liberto
                                                      *Complainant's signature*

                                        Special Agent Vincent Liberto, ATF
                                                      *Printed name and title*

Sworn to before me and signed in my presence.

Date:  December 14, 2022
                                                     *Judge's signature*

City and state:  New Orleans, Louisiana     Honorable Janis van Meerveld, U.S. Magistrate Judge
                                                      *Printed name and title*

___ Fee
_x_ Process    2cc: USM
___ Dktd
___ CtRmDep
___ Doc. No

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-158 |
| v. | * | SECTION:  MAG |
| KODY SEVERIN | * | |
| | * | |

\* \* \*

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT**

I, Vincent Liberto, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since August 2016.  I am currently assigned to the New Orleans Field Office, in New Orleans, Louisiana.  Prior to my employment with ATF, I was a detective with Baton Rouge Police Department (BRPD) in Baton Rouge, Louisiana.  I was employed with BRPD from 2008 to 2016.  I am responsible for investigating and enforcing violations of federal law, including violations of federal firearms laws and Title 18 offenses, to include matters related to violent crimes.  During my law enforcement career, I have participated in several complex investigations, specifically in the matters of violent crime and narcotics trafficking.  I regularly work with a team of agents and task force officers who are focused on investigating crimes related to violence and drug distribution crimes.

2. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program, both of which are located at the Federal Law Enforcement Training Center in Glynco, Georgia.  Prior, I attended and graduated from the Baton Rouge Police Department's 21-week Basic Police Academy.  I received a Bachelor of Arts in General Studies from the Southeastern Louisiana University in 2015.

## PURPOSE OF AFFIDAVIT

3.      This affidavit is made in support of a criminal complaint against Kody SEVERIN for violation of Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon; Title 18, United States Code, Section 924(c), possession of a firearm in furtherance of a drug trafficking offense; Title 18, United States Code, Section 922(o), possession of an unregistered machine gun; and Title 21, United States Code, Section 841, possession with the intent to distribute marijuana.  Since this affidavit is being submitted for this limited purpose, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are essential to establish the necessary foundation for obtaining a criminal complaint. I make this affidavit based upon my personal knowledge derived from my participation in this investigation and upon information relayed to me from members of New Orleans Police Department (NOPD).

## PROBABLE CAUSE

4.      On December 12, 2022, B.R. went to the New Orleans Police Department's (NOPD) Eighth District station located at 334 Royal Street, New Orleans, Louisiana to make a complaint of domestic violence, aggravated assault, and sexual assault against her ex-boyfriend, Kody Lyndon SEVERIN (white/male, DOB: XX/XX/1997).  Upon arrival at the station, B.R. spoke with an Eighth District NOPD Officer to make the initial report.  During the statement, B.R. advised NOPD that B.R. believed SEVERIN was a convicted felon and that he was in possession of several firearms stored at B.R.'s apartment.  B.R. also said SEVERIN was also in possession of devices commonly referred to as "Glock switches," which convert semi-automatic handguns into fully automatic handguns.  NOPD notified ATF of this information.

5. Upon arrival at the police station, ATF Special Agents Vincent Liberto and Justin Amacker interviewed B.R. regarding the information about SEVERIN. B.R. advised they had been in an on-again off-again relationship for approximately two years. B.R. believed SEVERIN was a convicted felon. B.R. said that SEVERIN was in possession of several firearms. B.R. further advised SEVERIN had physically assaulted B.R. in the past and held firearms to B.R.'s head while making threats to B.R.'s life. SA Liberto and SA Amacker observed bruising around B.R.'s right eye and B.R. advised that SEVERIN was the cause of the injuries.

6. B.R. told agents that SEVERIN was in possession of and stored numerous illicit items at B.R.'s residence at 1419 Milan Street, Apartment 205, New Orleans, Louisiana 70115, which is within the Eastern District of Louisiana, including silencers, "Glock switches," machinery SEVERIN used to manufacture "Glock switches," and two sticks of "dynamite." B.R. described the "Glock switches" and stated SEVERIN sold the devices for approximately $600 each. B.R. also stated that SEVERIN sold marijuana in and around the French Quarter while armed with a black revolver with wood grain handles, which B.R. described as a .38 special revolver.

7. B.R. advised that B.R. was the only person on the lease and that the utilities were in B.R.'s name at the Milan Street Apartment referenced above. B.R. stated that SEVERIN had belongings at that location and that B.R. has repeatedly asked SEVERIN to remove them. B.R. advised that on multiple occasions, B.R. told SEVERIN he is no longer allowed at the residence. However, SEVERIN refused to comply and continued to go to B.R.'s apartment and leave his belongings there. B.R. agreed to allow law enforcement to search the apartment and signed a consent to search form. B.R. signed the form consenting to a search of apartment 205 located at 1419 Milan Street, New Orleans, Louisiana 70115.

8. ATF personnel responded to the location with B.R., who opened the apartment and gave law enforcement access. B.R. was present throughout the search. The following items were located inside the apartment and seized by ATF. I have included photos of the sticks of suspected dynamite, a box of "Glock switch" conversion devices, and a spread of the items seized. All items located and seized were found in areas within the apartment that SEVERIN had his male style clothing, personal items, tools, and mail addressed to him. B.R. described those locations as the only location SEVERIN stored his belongings.

- One (1) Glock, model 17L, 9mm caliber pistol, bearing serial number BFPL044
- One (1) Glock, model 24, .40 caliber pistol, bearing serial number BGDC136
- One (1) Ruger, model Security-6, .357 magnum caliber pistol, bearing serial number 152-92266
- One (1) Glock, model 21, .45 caliber pistol, bearing serial number SHD643 equipped with a device to convert this pistol to a fully automatic machine gun (more commonly referred to as a "Glock switch")
- One (1) Masterpiece Arms, Mac 11, 9mm caliber pistol, bearing serial number F3114
- One (1) Privately Made Firearm (PMF) semi-automatic handgun, .40/.357 caliber (more commonly referred to as a "Ghost Gun")
- One (1) upper receiver with bolt carrier group of a rifle
- Several PMF parts
- Over one hundred (100) Machinegun conversion devices in various stages of completion to include drop-in auto sears to convert AR-Type firearms to fully automatic machine guns and "Glock switches"

- One (1) clear plastic bag containing suspected marijuana with a total package weight of approximately 81.2 grams
- One (1) clear plastic bag containing suspected marijuana with a total package weight of approximately 339.8 grams
- Two (2) completed suspected silencers
- Several suspected silencers in various stages of completion
- One (1) industrial milling machine covered in metal shavings
- Two (2) sticks of suspected M type explosive devices
- Large quantity of various caliber ammunition







9. On December 13, 2022, law enforcement received information that SEVERIN was located at the apartment on Milan Street. ATF and NOPD responded to the location in an attempt to locate and arrest SEVERIN for active NOPD warrants for domestic assault. SEVERIN was located at 1419 Milan Street, Apartment 205, New Orleans, Louisiana 70115. Upon attempting to contact SEVERIN, law enforcement observed SEVERIN throw a black Smith and Wesson, model 36, .38 special caliber, bearing serial number 485774, revolver from the balcony. SEVERIN eventually opened the door to the apartment and was taken into custody without further incident. SEVERIN was booked into the Orleans Justice Center for the active NOPD warrants and for being a felon in possession of a firearm.

10. SA Liberto reviewed SEVERIN's criminal history. On February 25, 2019, SEVERIN pled guilty to the felony charge of possession of methamphetamine. The plea documents indicate SEVERIN was present for his guilty plea and that SEVERIN was placed on active probation for a term of one year. Your affiant thus believes SEVERIN was aware of this felony conviction at the times relevant to this complaint.

11. In order to determine if SEVERIN had special permission to possession machine guns and silencers, ATF conducted a query of SEVERIN's name in the National Firearms Registration and Transfer Record, which returned negative results. SEVERIN did not have any licenses granting permission to possess any restricted weapons listed within the National Firearms Act of 1934 (NFA). A query of SEVERIN's name was also conducted in the Federal Licensing System, which returned negative results. Therefore, SEVERIN did have a license to possession or manufacture firearms or NFA weapons.

12. SA Liberto is aware weapons from Glock, Inc., Ruger, Masterpiece Arms, and Smith and Wesson are not manufactured in the state of Louisiana. Accordingly, the firearms seized

from the apartment and the one SEVERIN through at the time of his arrest necessarily moved in and affected interstate commerce before being seized from SEVERIN. These weapons also fits the relevant federal definition of a firearm.

13. Based on the foregoing, SA Liberto submits there is probable cause to believe that SEVERIN violated Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon; Title 18, United States Code, Section 924(c), possession of a firearm in furtherance of a drug trafficking offense; Title 18, United States Code, Section 922(o), possession of an unregistered machine gun; and Title 21, United States Code, Section 841, possession with the intent to distribute marijuana.

/s/ Vincent Liberto
Special Agent Vincent Liberto
ATF

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before me on
this 14th day of December, 2022,
New Orleans, Louisiana.

HONORABLE JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE