UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 23-17 |
| KODY SEVERIN | SECTION: M |

## CRIMINAL ARRAIGNMENT

APPEARANCES:   X   DEFENDANT

           X   COUNSEL FOR DEFENDANT    FPD: SAMUEL J. SCILLITANI, JR.

           X   ASSISTANT U.S. ATTORNEY    DAVID HALLER, *Michael Trummel For*

           ___ INTERPRETER                        SWORN

           (TIME:        .M  to        .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / READING OF THE INDICTMENT: READ WAIVED (SUMMARIZED)

 X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

 X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

 X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL
PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO
THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO
TIMELY.

X DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE:   **MARCH 15, 2023 AT 10:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE BARRY W. ASHE**

 X / TRIAL:   **APRIL 3, 2023 AT 9:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE BARRY W. ASHE**

MJSTAR: 00: 05