UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTON |
| VERSUS | NO. 23-17 |
| KODY SEVERIN | SECTION M (4) |

### NOTICE OF TRIAL
**(Previously set 4/3/2023)**

Take notice that this criminal case has been set for TRIAL on **July 31, 2023, at 9:00 a.m.**, before JUDGE BARRY W. ASHE, 500 Poydras Street, Courtroom C-351, New Orleans, LA 70130. A final pretrial conference will be held on **July 12, 2023, at 10:00 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: March 13, 2023 | CAROL L. MICHEL, CLERK<br>By: Cherie Charles, Deputy Clerk |
| TO:<br>Kody Severin | AUSA: **David E. Haller**<br>david.haller@usdoj.gov |
| **COUNSEL FOR SEVERIN:**<br>Samuel J. Scillitani, Jr.<br>samuel_j_scillitani@fd.org | U.S. Marshal |
| | U.S. Probation/Pretrial Services Unit |
| | **JUDGE ASHE** |
| | **MAGISTRATE JUDGE** |
| If you change address, notify Clerk of Court by phone, (504) 589-7703 | FOREIGN LANGUAGE INTERPRETER:<br>N/A |